UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC WAKEFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>JACOB BARTONI AND FRANKLIN COUNTY JAIL ADMININISTRATOR,<br><br>    Defendants. | Case No. 3:21-cv-867-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Eric Wakefield ("Plaintiff" or "Wakefield") Motion for Contempt (Doc. 55). The Court held a hearing on the motion for contempt on March 30, 2023.

In Wakefield's motion, he requests the Court put defendants Jacob Bartoni and Franklin County Jail Administrator (collectively, "Defendants") in contempt for failure to produce inspection video footage. On November 22, 2022[1], the Court granted Wakefield's motion to produce for inspection video footage from 11:00 p.m. December 26, 2020, through 6:30 a.m. on December 27, 2020, depicting Wakefield being moved by Officer Gage Darnell from a cell in Franklin County Jail ("Jail") to jail holding cell (F#1) and events in the holding cell during that timeframe. (Doc. 48). After the close of discovery, Wakefield issued the subpoenas to Defendants. After Defendants did not produce the video for inspection, Wakefield filed the instant motion.

After the Court set this matter for a hearing, Defendants finally responded to the motion for contempt. (Doc. 58). In Defendants response, they indicate the Franklin County Sheriff

---

[1] Wakefield's motion was received on August 22, 2022 but was previously filed in an incorrect case. It was correctly filed in this case on October 11, 2022.

1

Department received the subpoena and was advised the video was not available for the date and times listed in the subpoena. *Id*. at ¶ 2. Defendants' response is not timely as Wakefield's motion was filed on February 6 and the response was due February 20, 2023. Defendants cite "excusable neglect," and the Court will hesitantly accept its response to the motion. In Defendants' response, they attach an affidavit by Kyle Bacon, sheriff of the Franklin County, Illinois. Mr. Bacon affirms that, as the person ultimately responsible for retention and production of documents at the Jail, he conducted a search of the requested footage and determined that security cameras record on a "first in first out" method. Using this method, once the footage reaches its capacity, it begins recording over itself. (Doc. 58-1 at ¶¶ 2, 5). During the hearing defense counsel indicated that he believes that the security footage reaches capacity around every thirty days.

Wakefield objected and indicated that Defendants were obligated to preserve all security footage related to his case when he filed suit. However, Wakefield filed suit in July 2021, and he sought footage on December 2020. Therefore, even if Defendants attempted to preserve evidence when Wakefield filed suit, the footage would have reached capacity at that time. Therefore, the Court will deny Wakefield's Motion for Contempt and will rule on the pending motion for summary judgment.

For these reasons the Court **DENIES** Wakefield's Motion for Contempt. (Doc. 55).

**IT IS SO ORDERED.**
**DATED:  March 31, 2023**

/s/   J. Phil Gilbert
J. PHIL GILBERT
U.S. DISTRICT JUDGE
