UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ERIC WAKEFIELD,

    Plaintiff,

v.

JACOB BARTONI, and FRANKLIN COUNTY JAIL ADMINISTRATOR,

    Defendants.

Case No. 21-cv-00867-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision on the motion for summary judgment for defendant Jacob Bartoni and dropping defendant Franklin County Jail Administrator,

**IT IS HEREBY ORDERED AND ADJUDGED** that Eric Wakefield's Complaint is dismissed with prejudice and without costs.

**DATED:** April 13, 2023

MONICA A. STUMP, Clerk of Court
s/Tina Gray, Deputy Clerk

**Approved:**  s/  J. Phil Gilbert
J. PHIL GILBERT
DISTRICT JUDGE